**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Roy Seale Halcomb  Jr.
Broussard, Halcomb & Vizzier
P. O. Box 1311
Alexandria LA 71309

**REHEARING ACTION: July 14, 2010**

**Docket Number: 09   01270-CA**

**VIRGINIA PEOPLES, ET UX.**
**VERSUS**
**FRED'S STORES OF TENNESSEE, INC.**

**Appealed from Rapides Parish Case No. 221,709**

**BEFORE JUDGES:**

>    **Hon. Sylvia R. Cooks**
>    **Hon. James T. Genovese**
>    **Hon. David Ellis Chatelain**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Virginia Peoples and Wyndell Peoples** has this day been

>    **DENIED.**

cc: Stephen C. Resor, Counsel for the Appellant